IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| PATSY OHEA COPELAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) Civil Action No. 1:12-CV-142-C |

## ORDER

Plaintiff is appealing an adverse decision of Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). A United States Magistrate Judge filed a Report and Recommendation on April 24, 2013, and Plaintiff filed objections to the Report and Recommendation on May 8, 2013. The Court has made a *de novo* review of the records and finds Plaintiff's objections to be without merit. The Court further finds that the ALJ applied correct legal standards and that substantial evidence supports his decision.

Accordingly, the Court **OVERRULES** Plaintiff's objections, **ADOPTS** the Magistrate Judge's Report and Recommendation, and **DISMISSES** with prejudice Plaintiff's complaint.

SO ORDERED this 19th day of July, 2013.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE